UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SOUTHERN-OWNERS INSURANCE COMPANY,**

  **Plaintiff,**

v.           Case No. 6:22-cv-2177-CEM-RMN

**HIGHWOODS CONTRACTING CORPORATION, D. R. HORTON, INC., and BEACON PARK PHASE I HOMEOWNERS ASSOCIATION, INC.,**

  **Defendants.**
_____/

**ORDER**

  THIS CAUSE is before the Court on Defendant Highwoods Contracting Corporation's Motion for Entitlement to Attorney's Fees and Costs (Doc. 87), to which Plaintiff filed a Response (Doc. 89). This cause is also before the Court on Defendant D.R. Horton's Motion for Entitlement to Attorneys' Fees and Costs (Doc. 88), to which Plaintiff filed a Response (Doc. 90). The United States Magistrate Judge issued a Report and Recommendation (Doc. 91), recommending that the Motions be granted.

  After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 91) is **ADOPTED** and made a part of this Order.

2. Defendant Highwoods Contracting Corporation's Motion for Entitlement to Attorney's Fees and Costs (Doc. 87) is **GRANTED**.

3. Defendant D.R. Horton's Motion for Entitlement to Attorneys' Fees and Costs (Doc. 88) is **GRANTED**.

4. **On or before October 22, 2025**, Highwoods Contracting Corporation, D.R. Horton, and Plaintiff shall confer as to the amount of attorney's fees and costs.

5. If the parties cannot reach an agreement, **on or before October 6, 2025**, Highwoods Contracting Corporation, D.R. Horton shall file a motion for determination of the amounts pursuant to Local Rule 7.01(c).

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record